EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2020 al 8 de enero de 2021, y extensión de los términos | 2020 TSPR 147  205 DPR _____ |
|---|---|

Número del Caso:  EM-2020-17

Fecha:  17 de noviembre de 2020

Materia:  Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

| | |
|---|---|
| Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2020 al 8 de enero de 2021, y extensión de los términos | EM-2020-17 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de noviembre de 2020.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María Cecilia Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa como medida de sana administración y control de gastos. El receso comprenderá desde el miércoles, 23 de diciembre de 2020, hasta el viernes, 8 de enero de 2021, estos inclusive. Las labores se reanudarán a partir del lunes, 11 de enero de 2021. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el referido receso administrativo se extenderá hasta el miércoles, 20 de enero de 2021.

Se ordena la difusión pública de esta Resolución.

Notifíquese esta Resolución al Programa de Educación Jurídica Continua y a la Oficina de Prensa para su oportuna difusión.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina